IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-2332-AP**

**JULIE ALLEN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

       This matter is before the Court on Defendant's Opposed Motion to Reopen (doc. #13), filed September 5, 2007. The Court has considered the motion and the response. The Motion is DENIED. This case is REMANDED to defendant for a new hearing before a different Administrative Law Judge.

       Dated this 11th day of September, 2007.

       BY THE COURT:

*S/John L. Kane*
Senior Judge, United States District Court