IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-2332-AP**

**JULIE ALLEN,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Reopen (doc. #17), filed December 8, 2009. This Court has reviewed the file and considered the motion. It is hereby

**ORDERED** that the motion is **GRANTED**. This civil action is reopened for review by the court.

Dated: December 8, 2009

                                               BY THE COURT:

                                               *s/John L. Kane*
                                               JOHN L. KANE, SENIOR JUDGE
                                               UNITED STATES DISTRICT COURT